DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| United States of America | ) | |
| | ) | CASE NO.   1:06CR594 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Sherman Crenshaw | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, Charles Fleming  appeared before this Court on May 21, 2010.  A report and recommendation was filed on March  11, 2010.  (See docket #1205).  The Court adopts the report and recommendation of Magistrate Judge Baughman and finds the defendant in violation of  his terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervision is revoked and  defendant be committed to the custody of the Bureau of Prisons for a period of  24 months to run concurrent with the state sentence the defendant is serving.   Upon release from confinement the term of supervised release is terminated.

IT IS SO ORDERED.


  May 21, 2010            
Date

    /s/ David D. Dowd, Jr.            
David D. Dowd, Jr.
U.S. District Judge